United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANZ BUNNELL, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01181 |
| ROCKET MORTGAGE, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice filed on June 20, 2025. Doc. #37. In accordance with Plaintiff's Motion to Dismiss and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED with prejudice.

It is so ORDERED.

JUN 2 4 2025
Date

The Honorable Alfred H. Bennett
United States District Judge